UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYCO INTEGRATED SECURITY LLC, and TYCO INTERNATIONAL MANAGEMENT COMPANY, LLC, and TYCO INTERNATIONAL PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN B. BRADFORD,<br><br>Defendant. | No. 2:16-cv-1373 TSZ<br><br>**STIPULATION AND ORDER ON DEPOSITION OF DEFENDANT** |

| 1 | IT IS HEREBY STIPULATED AND AGREED by Counsel for Plaintiffs Tyco |
|---|---|
| 2 | Integrated Security LLC ("TycoIS"), Tyco International plc ("TIP"), and Tyco International |
| 3 | Management Company, LLC ("TIMC") (collectively, "Plaintiffs"), and Counsel for Defendant |
| 4 | John B. Bradford ("Defendant" or "Bradford") (hereinafter Plaintiffs and Defendant will |
| 5 | collectively be referred to as the "Parties"), as follows: |
| 6 | WHEREAS, the current scheduled date for the close of discovery is May 5, |
| 7 | 2017 (Dkt. No. 40); |
| 8 | WHEREAS, the Parties have reached an agreement to hold Mr. Bradford's |
| 9 | deposition on May 11, 2017and hereby stipulate and agree to the following: |
| 10 | |
| 11 | 1) Plaintiffs' deposition of Mr. Bradford may be convened on May 11, 2017, |
| 12 | notwithstanding the Court's May 5, 2017 discovery cutoff; and |
| 13 | 2) If Plaintiffs seek any relief from any other deadline in the case schedule, |
| 14 | including a trial continuance, Plaintiffs will not rely upon this Stipulation or the court order |
| 15 | endorsing this Stipulation. |
| 16 | |
| 17 | All signatories listed below, and on whose behalf the filing is submitted, concur in and |
| 18 | consent to the filing's content and have authorized the filing. |
| 19 | It is so stipulated this 20th day of April 2017. |

| | |
|---|---|
| ___s/_____<br>Warren J. Rheaume<br>WSBA #13627<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>Telephone:  206.757.8265<br>Fax:  206.757.7265<br>E-mail: WarrenRheaume@dwt.com<br><br>M. Kelly Tillery<br>(*admitted Pro Hac Vice*)<br>Noah S. Robbins<br>(*admitted Pro Hac Vice*)<br>**PEPPER HAMILTON LLP**<br>(A Pennsylvania Limited Liability Partnership)<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, Pennsylvania 19103-2799<br>Telephone:  215.981.4000<br>Fax:  215.981.4750<br>E-mail: tilleryk@pepperlaw.com<br>　　　　robbinsn@pepperlaw.com<br><br>Anthony H. Cataldo<br>(*admitted Pro Hac Vice*)<br>**PEPPER HAMILTON LLP**<br>(A Pennsylvania Limited Liability Partnership)<br>19th Floor, High Street Tower<br>125 High Street<br>Boston, Massachusetts 02110-2736<br>Telephone:  617.204.5100<br>Fax:  617.204.5150<br>E-mail: cataldoa@pepperlaw.com | ___s/_____<br>Lawrence R. Cock, WSBA No. 20326<br>Jack M. Lovejoy, WSBA No. 36962<br>CABLE, LANGENBACH, KINERK & BAUER, LLP<br>1000 Second Avenue, Suite 3500<br>Seattle, Washington 98104-1048<br>(206) 292-8800 phone<br>(206) 292-0494 facsimile<br>LRC@cablelang.com<br>jlovejoy@cablelang.com |

It is SO ORDERED, this 24th day of April, 2017.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER ON DEPOSITION OF DEFENDANT
No. 2:16-cv-1373 TSZ - 2