UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYCO INTEGRATED SECURITY LLC, et al.,

          Plaintiffs,

  v.

JOHN B. BRADFORD,

          Defendant.

C16-1373 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to seal, docket no. 49, filed by defendant and supported by plaintiffs, docket no. 64, is GRANTED. Plaintiffs indicate that the "confidential" designation may be removed from the document filed as pages 178-192 of the exhibits to the Declaration of Irina Kinyon, docket no. 54, but as a practical matter, the Court cannot unseal such document without unsealing all of the exhibits to the Kinyon declaration that were filed under seal. Thus, the exhibits to the Kinyon declaration filed as docket no. 54 shall all remain under seal.

(2) The motion to seal, docket no. 58, filed by plaintiffs and supported by interested party G4S Secure Integration LLC ("G4S"), docket no. 74, is GRANTED. Exhibits 19, 20, 21, 23, 24, 26, 27, 29, 31, 32, 33, 34, and 35 to the Declaration of Anthony H. Cataldo, docket no. 62, shall remain under seal. G4S has indicated that significant portions of Exhibits 33 and 34, which are transcripts of depositions, could be unsealed, but as a practical matter, the Court cannot unseal any portion of such transcripts without unsealing all of the exhibits to the Cataldo declaration that were filed under seal. G4S has also requested that the Declaration of Anthony H. Cataldo, docket no. 61, be stricken so that it can be resubmitted in a manner that places Exhibits 15, 18, and 28

MINUTE ORDER - 1

thereto under seal.  As a practical matter, the Court cannot strike the Cataldo declaration, but has instead DIRECTED that it be sealed.  The parties are advised, however, that while the declaration was available for public view it might have been uploaded by private websites unrelated to and outside the control of the Court, and might now be available to the public for a fee.  *See*, *e.g.*, www.pacermonitor.com; www.law360.com.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record and to G4S's counsel, Kimberly M. Hare of Kutak Rock LLP, One South Wacker Drive, Suite 2050, Chicago, Illinois 60606.

Dated this 26th day of June, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk