UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYCO INTEGRATED SECURITY LLC, et al.,

        Plaintiffs,

v.

JOHN B. BRADFORD,

        Defendant.

C16-1373 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's second motion to seal, docket no. 75, is GRANTED. Exhibit page nos. 5-13 of the Declaration of Irina Kinyon, docket no. 81, and the unredacted Declaration of Jack M. Lovejoy, docket no. 79, and Exhibit page nos. 15-21, docket no. 80, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of July, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1